# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**MICHAEL LONG, JR.**  **PLAINTIFF**
**ADC # 128075**

v.  No. 2:12-cv-109-DPM-BD

**NWANNEM OKOYE OBI; GERALDINE**
**CAMPBELL; DEBRA HORTON; CHARLOTTE**
**GARDNER; BAGWELL; STRICKLAND;**
**KITTRELL; BRENDA MINOR; WENDY KELLEY;**
**LAU; CORIZON MEDICAL SERVICES INC.;**
**PARSONS; ROBERT PARKER; BRANSCOMB;**
**LOWE; and DEXTER PAYNE**  **DEFENDANTS**

### ORDER

Long seeks an internal affairs investigation into alleged mistreatment and a temporary restraining order to prevent a particular ADC employee from coming near him. Magistrate Judge Beth M. Deere has recommended, *Document No. 39*, that the Court deny both motions. Long has timely objected. *Document No. 47*. On *de novo* review, the Court adopts Judge Deere's carefully reasoned recommendation in full. FED. R. CIV. P. 72(b)(3).

The Court reminds Long that it denied him leave to add his unexhausted claims against Traci Ford to this lawsuit. *Document No. 40*. She is not a party. *Document No. 56*.

Motions, *Document Nos. 6 & 15*, denied.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 August 2012