## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MICHAEL LONG, JR.                                            PLAINTIFF
ADC # 128075


v.                          No. 2:12-cv-109–DPM-BD


NWANNEM OKOYE OBI; GERALDINE
CAMPBELL; DEBRA HORTON; CHARLOTTE
GARDNER; BAGWELL; STRICKLAND;
KITTRELL; BRENDA MINOR; WENDY KELLEY;
LAU; CORIZON MEDICAL SERVICES INC.;
PARSONS; ROBERT PARKER; BRANSCOMB;
LOWE; and DEXTER PAYNE                                      DEFENDANTS


### ORDER

Long seeks an internal affairs investigation into alleged mistreatment

and a temporary restraining order to prevent a particular ADC employee

from coming near him.  Magistrate Judge Beth M. Deere has recommended,

*Document No. 39*, that the Court deny both motions. Long has timely objected.

*Document No. 47*. On *de novo* review, the Court adopts Judge Deere's carefully

reasoned recommendation in full.  FED. R. CIV. P. 72(b)(3).

The Court reminds Long that it denied him leave to add his unexhausted claims against Traci Ford to this lawsuit. *Document No. 40.* She is not a party. *Document No. 56.*

Motions, *Document Nos. 6 & 15*, denied.

So Ordered.

_DPMarshall J._

D.P. Marshall Jr.
United States District Judge

29 August 2012