IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL LONG, JR.  PLAINTIFF
ADC # 128075

v.  No. 2:12-cv-109-DPM-BD

NWANNEM OKOYE OBI; GERALDINE
CAMPBELL; DEBRA HORTON; CHARLOTTE
GARDNER; ASHLEY BAGWELL; STRICKLAND;
ALBERT KITTRELL; BRENDA MINOR;
WENDY KELLEY; LAU; CORIZON MEDICAL
SERVICES INC.; MICHAEL PERSON;
ROBERT PARKER; MONICKA BRANSCOMB;
CHRISTOPHER LOE; and DEXTER PAYNE  DEFENDANTS

ORDER

Long seeks preliminary injunctive relief against four defendants. Magistrate Judge Beth M. Deere has recommended, *Document No. 57*, that the Court deny the motion. Long has timely objected. *Document No. 70*. On *de novo* review, the Court adopts Judge Deere's recommendation in full. FED. R. CIV. P. 72(b)(3). Motion, *Document No. 21*, denied.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 October 2012