IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL LONG, JR.**                                                   **PLAINTIFF**

v.                      No. 2:12-cv-109-DPM-BD

**NWANNEM OKOYE OBI; GERALDINE
CAMPBELL; DEBRA HORTON; CHARLOTTE
GARDNER; ASHLEY BAGWELL; STRICKLAND;
ALBERT KITTRELL; BRENDA MINOR;
WENDY KELLEY; JOHN LAU; CORIZON MEDICAL
SERVICES INC.; MICHAEL PERSON;
ROBERT PARKER; MONICKA BRANSCOMB;
and NURSE REDDEN**                                    **DEFENDANTS**

### ORDER

On 30 July 2013 the Court sanctioned Long for failing to comply with his discovery obligations. № 275. The Court noted that it would not be possible to adjudicate Long's claims without the information he had withheld. The Court warned that the next step would be dismissal. Long has not complied with the Court's Order; and the deadline to comply has passed. Long's complaint is dismissed without prejudice for failure to comply with his discovery obligations and this Court's orders.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 August 2013