IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL LONG, JR.                                                        PLAINTIFF

v.                              No. 2:12-cv-109–DPM

NWANNEM OKOYE OBI; GERALDINE
CAMPBELL; DEBRA HORTON; CHARLOTTE
GARDNER; ASHLEY BAGWELL; STRICKLAND;
ALBERT KITTRELL; BRENDA MINOR;
WENDY KELLEY; JOHN LAU; CORIZON MEDICAL
SERVICES INC.; MICHAEL PERSON;
ROBERT PARKER; MONICKA BRANSCOMB;
NURSE REDDEN; CHRISTOPHER LOE and
DEXTER PAYNE                                                           DEFENDANTS

JUDGMENT

Long's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 August 2013