# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**MICHAEL LONG, JR.**                                     **PLAINTIFF**

**v.**                          **No. 2:12-cv-109–DPM**

**NWANNEM OKOYE OBI; GERALDINE
CAMPBELL; DEBRA HORTON; CHARLOTTE
GARDNER; ASHLEY BAGWELL; STRICKLAND;
ALBERT KITTRELL; BRENDA MINOR;
WENDY KELLEY; JOHN LAU; CORIZON MEDICAL
SERVICES INC.; MICHAEL PERSON;
ROBERT PARKER; MONICKA BRANSCOMB;
NURSE REDDEN; CHRISTOPHER LOE and
DEXTER PAYNE**                                     **DEFENDANTS**

### JUDGMENT

Long's complaint is dismissed without prejudice.

_DP Marshall Jr._

D.P. Marshall Jr.
United States District Judge

_19 August 2013_